## Smith *v.* Timmons, Appellant (No. 2).

OPINION BY HENDERSON, J., July 18, 1912:

This case was argued with the case of the same plaintiff against the same defendant with notice to Lizzie A. Marsh, Chas. Colbert et al., terre-tenants, ante, p. 486, No. 49, April Term, 1912. It arises on a mortgage given by the same mortgagor to the same mortgagee as in that case, and involves the same questions.

For the reasons given in the case referred to, the judgment here is affirmed.